LAUREL L. HEADLEY (CA SBN 152306)
ARGUEDAS, CASSMAN & HEADLEY
803 Hearst Avenue
Berkeley, CA  94710
Phone:  (510) 845-3000
Fax:  (510) 845-3003
headley@achlaw.com

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO VENUE

| UNITED STATES OF AMERICA, | CASE NO.   CR-12-855-6 WHA |
|---|---|
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER FOR RETURN OF PASSPORT TO DEFENDANT HECTOR VARGAS |
| vs. | |
| HECTOR VARGAS, | |
| Defendant. | |

As a condition of his pre-trial release bond in this case, Mr. Vargas surrendered his United States passport to the Clerk of the Court and his Mexican passport to Pre-trial Services.  On October 15, 2013, Mr. Vargas was sentenced by this court to a term of probation, at which time his release bond was exonerated.  (Doc.193.)

Mr. Vargas now respectfully requests the Court order his passports be returned to him, in accordance with General Rule 55.

*STIPULATION AND [PROPOSED] ORDER FOR RETURN OF PASSPORT TO HECTOR VARGAS*

**IT IS SO STIPULATED:**

2/18/15                                      _____/s/_____
                                             LAUREL HEADLEY
                                             Attorney for Defendant HECTOR VARGAS


2/18/15                                      _____/s/_____
                                             HARTLEY WEST
                                             Assistant U.S. Attorney

*STIPULATION AND [PROPOSED] ORDER FOR RETURN OF PASSPORT TO HECTOR VARGAS*

# ORDER

For good cause shown and based on the stipulation of the parties, **IT IS HEREBY ORDERED** that Mr. Vargas' passports surrendered to the Clerk of the Court and Pre-Trial Services be returned to him.

Date: February 19, 2015.

_____
THE HONORABLE WILLIAM H. ALSUP
UNITED STATES DISTRICT COURT JUDGE

*STIPULATION AND [PROPOSED] ORDER FOR RETURN OF PASSPORT TO HECTOR VARGAS*